UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| STEVEN QUINN STANFORD, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | No.: 3:11-cv-240 |
| ) | *Phillips* |
| ) | |
| NURSE DALE HADDEN, et al., ) | |
| ) | |
| *Defendants*. ) | |

## JUDGMENT ORDER

In accordance with the accompanying Memorandum, plaintiff's motion for summary judgment is **DENIED** and the motion for summary judgment filed by defendant Hadden is **GRANTED**. The matter is **DISMISSED WITHOUT PREJUDICE** as to the remaining John Doe defendant, and this action is **DISMISSED IN ITS ENTIRETY**. All other pending motions are **DENIED** as **MOOT**. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

**E N T E R :**

    s/ Thomas W. Phillips
United States District Judge

ENTERED AS A JUDGMENT
  s/ *Debra C. Poplin*
  CLERK OF COURT